CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

**FEB 19 2021**

JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

For Clerk's Office Use

| Judge | Rec'd |
|---|---|
| Dillon | |

IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTICT
OF VIRGINIA

For use by inmates filing a complaint under **CIVIL RIGHTS ACT, 42 U.S.C. §1983 or BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS, 403 U.S.C. §388 (1971)**

Raheem Supreme Chambliss, Sr.        #87215
Plaintiff full name                            Inmate No.

v.                    CIVIL ACTION NO. 7:21-CV-00105

Central State Hospital
Defendant(s) full name(s)

***

A. Current facility and address: Danville City Jail
P.O. Box 3304 Danville, VA 24543

B. Where did this action take place? Central State Hospital

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

___ Yes   ✓ No

If your answer to A is Yes, answer the following:

1. Court: _____
2. Case Number: _____

D. Have you filed any grievances regarding the facts of this complaint?

___ Yes   ✓ No

1. If your answer is Yes, indicate the result:

_____

2. If your answer is No, indicate why: At the time of the action in state I was mentally unstable.

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes.** If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

I, Raheem Chambliss do believe Mrs. MAGAKEAN did against my free will require me to take the drug Resperidol. Which resulted in many harmful side-effects such as E.D., LACTAID & COMPLICATED MY BREATHING. I contend that this constitutes CRUEL AND UNUSUAL PUNISHMENT.

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:

I, Raheem Chambliss do believe the drug that was forced onto me had a lawsuit against it. WHICH gave ME MANY HARMFUL SIDE-EFFECTS, and impaired my asthma. The action IN state, took place on Aug. 13, 2015 @ CENTRAL State.

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

Sue the doctor at Central State, that forced the medication upon me.

G. If this case goes to trial do you request a trial by jury? Yes ____ No ✓

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court <u>in writing</u> of any change of address after I have been released or transferred or my case may be dismissed.

DATED: January 17, 2021    SIGNATURE: R. Clambl

VERIFICATION:
I, Raheem SUPREME CHAMBLISS, SR, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: Jan. 17, 2021    SIGNATURE: R. Clambl

R. CHAMBLISS #387215
DANVILLE CITY JAIL
P.O. BOX 3304
DANVILLE, VA 24543

GREENSBORO NC 270
PIEDMONT TRIAD AREA
17 FEB 2021 PM 4 L

FOREVER / USA   FOREVER / USA

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
210 FRANKLIN RD., RM 540
ROANOKE, VA 24011

24011-000340